**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JANET WILMORE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:08-CV-261-(HL)** |
| **CALVIN A. ARNOLD and UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is Plaintiff's Motion to Reopen Discovery (Doc. 36).  For the following reasons, the Court grants Plaintiff's Motion.

On August 4, 2009, the Court granted Plaintiff's Motion to Add the United States as a Defendant (Doc. 33).  The Court's Scheduling and Discovery Order (Doc. 19)  required that the parties complete discovery by May 25, 2009.  Plaintiff has had no opportunity to conduct discovery against the United States because the date to complete discovery had expired when the Court added the United States as a party.  The Court accordingly grants Plaintiff's Motion.  The Court also orders that the parties resubmit a proposed Amended Scheduling Order for the Court's consideration no later than August 31, 2009.

**SO ORDERED**, this the 24th day of August, 2009.

*s/   Hugh Lawson*

**HUGH LAWSON,
Judge**

lmc

1